**The below described is SIGNED.**

**Dated: September 27, 2010**

                                      **JOEL T. MARKER**
                                      **U.S. Bankruptcy Judge**

_____

Kevin R. Anderson (4786)
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| IN RE:<br>GILBERT E. PALMIER<br>ELIZABETH MCDONALD PALMIER<br><br>                    Debtors | CASE NO: 10-23207<br><br>Chapter 13   FILED ELECTRONICALLY<br><br>JUDGE JOEL T. MARKER |
|---|---|

**ORDER DISMISSING CHAPTER 13 CASE FOLLOWING**
**CONFIRMATION HEARING**

      The Debtors filed a Chapter 13 Petition on March 17, 2010.  A Notice of a Contested Confirmation Hearing was provided to all parties in interest.  At the confirmation hearing held September 14, 2010  10:00 am, Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel, and other parties, if any, made their appearances on the record.  Having heard the representations of the parties and recommendations of the Trustee, and having determined that all requirements for confirmation have not been met, the Court hereby ORDERS:

    1.   The case is dismissed.

**Filed: 09/17/10**

2. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) any allowed expense fee to the Trustee; (2) adequate protection payments stipulated to by the parties or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the total amount of $1,726.00, less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtors pursuant to 11 U.S.C. 1326(a)(2) by a check made payable to the Debtors and mailed to the debtors' most recent address on file with the Bankruptcy Court.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 09/17/2010, a true and correct copy of the foregoing Order was properly addressed, posted in the U.S. Mail, first-class, postage prepaid to the following parties at the addresses listed below:

GILBERT E. PALMIER AND ELIZABETH MCDONALD PALMIER, 1415 SOUTH 3350 EAST , HEBER CITY, UT  84032

Justin O. Burton, ECF NOTIFICATION

AMERICA FIRST CREDIT UNION, C/O DARIN HAMMOND, ECF NOTIFICATION

US TRUSTEE, C/O J. VINCENT CAMERON, ECF NOTIFICATION

/S/
Employee of Office of Chapter 13 Trustee

## COURT SERVICE LIST

KEVIN R. ANDERSON, TRUSTEE - ECF NOTIFICATION

GILBERT E. PALMIER AND ELIZABETH MCDONALD PALMIER, 1415 SOUTH 3350 EAST , HEBER CITY, UT  84032

Justin O. Burton, ECF NOTIFICATION

AMERICA FIRST CREDIT UNION, C/O DARIN HAMMOND, ECF NOTIFICATION
US TRUSTEE, C/O J. VINCENT CAMERON, ECF NOTIFICATION

*Order DISMISSING Case*
*Case No. 1023207*